UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **ESTATE OF CRAIG L. ALLARD,** *by* )<br>*his Personal Representative,* )<br>*Charlene Allard,* AND )<br>**CHARLENE ALLARD,** )<br>*individually,* )<br>)<br>      **PLAINTIFF** )<br>)<br>v.                                                             )<br>)<br>**COL. ROBERT A. WILLIAMS,** )<br>*Chief, Maine State Police,* )<br>**PHILLIP ALEXANDER,** )<br>**ROGER TEACHOUT** AND )<br>**AARON M. PHINNEY,** )<br>)<br>      **DEFENDANTS** ) | **CIVIL NO. 2:11-CV-283-DBH** |

**REPORT OF PRE-FILING CONFERENCE UNDER LOCAL RULE 56**

The lawyers engaged in discussion about what is factually disputed and agreed that there is very little, perhaps no, factual dispute. The state defendants' lawyer shall distribute his draft statement of material facts tomorrow, June 29, 2012, and by July 20, the parties shall file their stipulation of facts, reserving the right to argue materiality and relevance, and any additional statements of fact as to which they have not been able to stipulate. By July 27, the defendants shall file their respective motions for summary judgment, and all parties shall file any response to the statements of fact filed on July 20 that were not stipulated. By August 10, the plaintiff shall respond to the summary judgment motions. We did not discuss a Reply deadline at the

conference, but I now establish a Reply deadline of August 15.  I alerted the defendant Phinney and the plaintiff to the issue whether the court should continue to exercise supplemental jurisdiction over the claim against Phinney if the state defendants are successful in their motion for summary judgment. See 28 U.S.C. § 1367.  The state defendants and the plaintiff agreed that oral argument is unnecessary; the defendant Phinney will notify the court when he files his motion whether he believes oral argument is necessary.  All other deadlines are stayed pending the court's ruling on the motion.

SO ORDERED.

DATED THIS 28TH DAY OF JUNE, 2012

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**